IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:25-CR-00058-D-3

**United States of America**,

v.

**John Kennedy Meadows**,

Defendant.

**Order**

  For the reasons stated in open court at the conclusion of the Defendant's arraignment, the court modifies his conditions of release to remove the electronic monitoring condition.  All other conditions previously imposed remain in effect.

Dated:  April 17, 2026

_Robert T Numbers II_

Robert T. Numbers, II
United States Magistrate Judge