PS-8
8/88

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. John Kennedy Meadows**                    **Docket No. 7:25-CR-58-3D**

### Petition for Action on Conditions of Pretrial Release

COMES NOW Jay Kellum, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, John Kennedy Meadows, who was placed under pretrial release supervision by the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge, sitting in the Court at Wilmington, on the 24th day of June, 2025.

The defendant appeared before Robert T. Numbers, II, the United States Magistrate Judge for arraignment on the 16th day of April, 2026, and supervision was continued with the modification of removing the electronic component of the defendant's electronic monitoring condition. All other conditions previously imposed remained.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Since Meadows' release to Conditions of Release on June 24, 2025, he has remained in full compliance with the conditions of the U.S. Probation Office's location monitoring program. Further, since release, he has continually resided with his third-party custodian as required and provided continual negative urinalysis screenings.

Due to his continued compliance with the Conditions of Release, specifically including a few days shy of 12-months of strict compliance with the location monitoring program and his compliance with attending all required court appearances, the U.S. Probation Office no longer believes his participation in the location monitoring component is required to mitigate the risk of danger or non-appearance.

**PRAYING THAT THE COURT WILL ORDER**

- The location monitoring condition be removed.

Reviewed and approved,                    I declare under penalty of perjury that the foregoing
                                          is true and correct.


/s/ Melissa K. Lunsmann                   /s/ Jay Kellum
Melissa K. Lunsmann                       Jay Kellum
Supervising U.S. Probation Officer        U.S. Probation Officer
                                          200 Williamsburg Pkwy, Unit 2
                                          Jacksonville, NC 28546-6762
                                          Phone: 910-346-5109
                                          Executed On: June 1, 2026

John Kennedy Meadows
Docket No. 7:25-CR-58-3D
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered the ____1____ day of ____June____, 2026, and ordered filed and made part of the records in the above case.

James C. Dever III
U.S. District Judge